ROSS A. SPECTOR, ESQ. (SB #135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390
Fax: (415) 707-2064
Email: ross.spector@spectorandbennett.com

Attorneys for Plaintiff
Smaato, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMAATO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SITO MOBILE, LTD, et al., <br><br> Defendants. <br> _____/ | Case No.: 4-19-cv-07555-HSG <br><br> **STIPULATION FOR DISMISSAL; ORDER** |

The parties to the within litigation, by and through their attorneys of record, hereby stipulate and agree as follows:

The Complaint in this matter is hereby dismissed with prejudice. Notwithstanding the foregoing, the Court shall retain jurisdiction in this matter to enforce the terms of the written settlement agreement entered into by and between the parties to the within litigation.

DATED: 2/06/2020

SPECTOR & BENNETT
A Professional Corporation

/s/ Ross A Spector

_____
Ross A. Spector
Attorneys for Plaintiff
SMAATO, INC.

DATED: 2/06/2020

BURKE, WILLIAMS & SORENSEN, LLP

/s/ Douglas W. Dal Cielo

_____
Douglas W. Dal Cielo, Esq.
Attorneys for SITO MOBILE, LTD (fdba DoubleVision Networks, Inc.); SITO MOBILE SOLUTIONS, INC. (aka Single Touch Interactive, Inc.); SITO MOBILE R&D IP, LLC; SITO MOBILE MEDIA, INC.; and DOUBLEVISION NETWORKS, INC.

**ORDER**

**IT IS SO ORDERED.**

**DATED: 2/7/2020**

**Haywood S. Gilliam, Jr.**
**United States District Judge**

STIPULATION FOR DISMISSAL; ORDER    2